IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM TATUSKO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH DROHN,<br><br>　　　　Defendant. | 2:23-CV-01233-CCW-MPK |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On September 14, 2023, the Magistrate Judge issued a Report, ECF No. 8, recommending that the Complaint, ECF No. 1, be dismissed with prejudice for failure to prosecute. Service of the Report and Recommendation was made on the parties,[1] and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that the Complaint, ECF No. 1, is HEREBY dismissed with prejudice, and the Magistrate Judge's Report and Recommendation, ECF No. 8, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

---

[1] The Report and Recommendation was mailed to pro se Plaintiff Adam Tatusko on September 14, 2023 at his address of record on the docket, SCI Greene in Waynesburg, Pennsylvania, but was returned to the Court with the notation "INMATE REFUSED MAIL."

DATED this 4th day of October, 2023.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via United States Mail):

Adam Tatusko, PRO SE
QE 8224
SCI Greene
169 Progress Drive
Waynesburg, PA 15370